JAMES E. KINLEN, Appellant, *v.* CARMAN R. RUNYON et al., Respondents.

*Kinlen* v. *Runyon*, 176 App. Div. 931, affirmed.

(Argued March 4, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 17, 1917, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term. The complaint alleged that defendants' predecessors, owners of the Communipaw Coal Company, by which plaintiff was employed, promised to give him, as a reward for past services and an inducement for future faithful services, a certain number of shares of stock of said company; that plaintiff performed the services on his part; that defendants, on succeeding to ownership of said corporation, ratified and assumed the aforesaid agreement and that plaintiff continued to perform his share of the agreement, but that defendants have refused to perform theirs or to pay him accrued dividends on the shares in question. The answer was a general denial and set up separate defenses of the Statute of Frauds and payment.

*Augustus Van Wyck* and *Pierre M. Brown* for appellant.

*Abram J. Rose, Alfred C. Petté* and *Philip M. Brett* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, POUND, CRANE and ANDREWS, JJ. Not voting: CAR-DOZO, J.